IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STONIE SHANE NORRIS,

      Appellant,

 v.

Case No. 5D22-1028
LT Case No. 2013-CF-1775

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 9, 2022

3.800 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Stonie Shane Norris, Florida City, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A. Chance,
Assistant Attorney General, Daytona Beach,
for Appellee.


PER CURIAM.

    AFFIRMED.


EVANDER, EDWARDS and HARRIS, JJ., concur.